Holton V. Noyes, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. Oliver Reynolds, Appellant.—

All concur.